IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH A. KESSLER, | : |
| Plaintiff, | : |
| v. | : 3:13-CV-00207 |
| | : (JUDGE MARIANI) |
| AT&T, | : |
| Defendant. | : |

## OPINION

**AND NOW, THIS 12TH DAY OF NOVEMBER, 2013**, upon consideration of Defendant's Motion to Dismiss (Doc. 7), **IT IS HEREBY ORDERED THAT** such Motion is **GRANTED IN PART**, to wit:

1. Count III of Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

2. Plaintiff shall have **FOURTEEN (14) DAYS** from the date of this Order to submit an amended complaint.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge