IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIZABETH A. KESSLER, | : | |
| Plaintiff, | : | |
| v. | : | 3:13-CV-00207 |
| | : | (JUDGE MARIANI) |
| AT&T, | : | |
| Defendant. | : | |

## ORDER

**AND NOW, THIS 22ND DAY OF SEPTEMBER, 2015**, upon consideration of Defendant's Motion for Summary Judgment, **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion for Summary Judgment (Doc. 51) is **DENIED**.

2. A telephone scheduling conference **SHALL BE CONDUCTED** on **October 13, 2015 at 2:00 p.m.** for purposes of scheduling this matter for trial. Counsel for the Plaintiff is responsible for arranging the call to Chambers at (570) 207-5750 and all participants should be prepared to proceed before the undersigned is contacted.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge