IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH A. KESSLER, | : |
| Plaintiff, | : |
| v. | : 3:13-CV-00207 |
| | : (JUDGE MARIANI) |
| AT&T, | : |
| Defendant. | : |

## JUDGMENT

\_\_\_ Jury Verdict.

**XX** Decision by Court.

**AND NOW, THIS 26th DAY OF APRIL, 2016,** upon consideration of Plaintiff's claim for retaliation under the Americans with Disabilities Act and after review of all of the evidence adduced at trial, **JUDGMENT IS ENTERED IN FAVOR OF THE DEFENDANT**, AT&T, and **AGAINST THE PLAINTIFF**, Elizabeth A. Kessler.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge